## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DONETTE KINGSTON,**

    **Plaintiff,**

**v.**                                     **Case No.  8:06-cv-476-T-30TGW**

**SPRINGHILL SUITES BY MARRIOTT,**

    **Defendant.**

_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss or Strike Amended Complaint or For More Definite Statement for Failure to State a Claim Upon Which Relief Can Be Granted and Lack of Jurisdiction Over the Subject Matter and the Defendant and Memorandum in Support Thereof (Dkt. #19).[1]  The Court, having considered the motion, memorandum in support, Plaintiff's amended complaint, and being otherwise advised in the premises, finds that Defendant's motion should be granted without prejudice.

Plaintiff has failed to allege: (1) a basis for this Court's jurisdiction; (2) a claim upon which relief may be granted; (3) that conditions precedent to filing a Title VII complaint have been fulfilled; or (4) that Defendant is subject to Title VII.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant's Motion to Dismiss or Strike Amended Complaint or For More Definite Statement for Failure to State a Claim Upon Which Relief Can Be

---

[1] The Court notes that Plaintiff did not respond to Defendant's motion.

Granted and Lack of Jurisdiction Over the Subject Matter and the Defendant

and Memorandum in Support Thereof (Dkt. #19) is GRANTED without

prejudice.

2.  Plaintiff shall have thirty (30) days from the date of the entry of this Order to

amend the Amended Complaint.

**DONE** and **ORDERED** in Tampa, Florida on September 26, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-476.mtd 19.wpd