**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DONETTE KINGSTON,**

    **Plaintiff,**

v.                                                **Case No. 8:06-cv-476-T-30TGW**

**4835 CYPRESS L.C.,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint with Prejudice for Failure to State a Claim Upon Which Relief May be Granted and Lack of Jurisdiction over the Subject Matter and Over the Defendant, and Defendant's Memorandum in Support Thereof (Dkt. #27).[1]  The Court, having considered the motion, memorandum in support, Plaintiff's third amended complaint (Dkt. #24), and being otherwise advised in the premises, finds that Defendant's motion to dismiss should be granted with prejudice.

After four attempts, Plaintiff has failed to allege: (1) a basis for this Court's jurisdiction; (2) a claim upon which relief may be granted; (3) that conditions precedent to filing a Title VII complaint have been fulfilled; or (4) that Defendant is subject to Title VII.

It is therefore ORDERED AND ADJUDGED that:

---

[1] Plaintiff did not file a response to Defendant's motion to dismiss the third amended complaint.

1. Defendant's Fourth Motion to Dismiss Plaintiff's Third Amended Complaint with Prejudice for Failure to State a Claim Upon Which Relief May be Granted and Lack of Jurisdiction over the Subject Matter and Over the Defendant, and Defendant's Memorandum in Support Thereof (Dkt. #27) is **GRANTED with prejudice**.

2. The Clerk is directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on January 18, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-476.mtd 27.wpd